# COMPLAINT/REMOVAL DISMISSAL
United States District Court
Southern District of New York

Mag. Dkt. No. **16-MJ-2265**            Date **2/24/2021**

USAO No. **2016R00594**

The Government respectfully requests the Court to dismiss without prejudice the

____ Complaint    ✔ Removal Proceedings in

*United States v.* **MICHAEL HAMMOND**

The Complaint/Rule 40 Affidavit was filed on **4/6/2016**

✔ U.S. Marshals please withdraw warrant

/s/ Kiersten A. Fletcher
ASSISTANT UNITED STATES ATTORNEY

KIERSTEN A. FLETCHER
(Print name)

**SO ORDERED:**

DATE: **2/25/2021**

SARAH NETBURN
United States Magistrate Judge